JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-02562-SSS-SPx | Date | February 2, 2026 |
|---|---|---|---|

| Title | *Adrian Herrera v. Nutrishop Corona* |
|---|---|

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On January 12, 2026, the Court issued an order directing Plaintiff to show cause, in writing, on or before January 26, 2026, why this action should not be dismissed for lack of prosecution [Dkt. No. 10].  As of today's date, Plaintiff has not responded.  Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case **WITHOUT PREJUDICE** for lack of prosecution.  The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**